plaintiff failed to show that he was free from contributory negligence, and the motion for the direction of a verdict for the defendant should have been granted. Order modified in 147 N. Y. Supp. 1106.

CURRO, Respondent, v. NEW YORK, O. & W. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Onofrio Curro against the New York, Ontario & Western Railroad Company. No opinion. Motion granted, amending order of reversal entered the 11th day of March, 1914 (147 N. Y. Supp. 1105), so as to provide for the granting of a new trial, instead of judgment dismissing the complaint. Rehearing denied 147 N. Y. Supp. 1106.

CURRO, Respondent, v. NEW YORK, O. & W R. Co., Appellant, (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Onofrio Curro against the New York, Ontario & Western Railroad Company. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1105, 1106.

CURTIS v. CURTIS et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Catherine Curtis against Walter Curtis and Lillian Caro. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

CUSHMAN, Respondent, v. COOK et al., Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Joseph G. Cushman against George D. Cook and others. C. W. Jewell, of New York City, for appellants. S. M. Kohn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 159 App. Div. 909, 144 N. Y. Supp. 1111.

DASHBY, Appellant, v. DASHBY, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Lillian Dashby against Herbert Dashby. No opinion. Motion denied, on condition that plaintiff perfect her appeal, place the case on the May calendar, and be ready for argument when reached; otherwise, motion granted, without costs.

DAUER, Respondent, v. DUNCAN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by John M. Dauer against William J. Duncan and Earl J. Helmick. No opinion. Judgment affirmed, with costs.

DAVID P. LEAHY REALTY CO. v. WEST et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by the David P. Leahy Realty Company against Augustus A. West and another. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIS v. LEVERING. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by William H. Davis against Richmond Levering. M. G. Holstein, of New York City, for plaintiff. T. A. Eager, of New York City, for defendant. No opinion. Order affirmed, without costs. Order filed.

DAVIS v. McMAHON et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Annie Davis against Cecil H. McMahon, as executor, etc., and others. No opinion. Motion granted. Order filed. See, also, 161 App. Div. 458, 146 N. Y. Supp. 657.

DEAN et al., Respondents, v. McMULLIN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Barnabas A. Dean and another against Fred S. McMullin, impleaded with others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held that, the amount of the claim being disputed by plaintiffs they were not entitled to an order of interpleader. Baltimore & Ohio R. R. Co. v. Arthur, 90 N. Y. 234. The amendment to the Code of Civil Procedure by chapter 285 of the Laws of 1908, adding section 820a, did not change the rule of law in that respect.

DE CILLIS, Respondent, v. MASCELLI, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Paul De Cillis against Maria H. Mascelli, individually and as executrix, etc. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 152 App. Div. 304, 136 N. Y. Supp. 573.

DEEGAN, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by John E. Deegan, an infant, etc., against Homer C. Newton. No opinion. Motion to dismiss appeal denied, without costs, without prejudice, however, to a renewal thereof in the event the appeal is not speedily prosecuted.

DEITCH, Appellant, v. DEITCH, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Ida Deitch against Philip Deitch. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified. For former opinion, see 146 N. Y. Supp. 1019.

DE KLEINWASCHTER, Respondent, v. McDERMOTT et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Louis De Kleinwaschter, as administrator, etc., of Ignatz Maczak, deceased, against one McDermott and another. No opinion. Order affirmed, costs to abide the event.

DE LAGOTELLERIE, Respondent, v. AUTOMOBILE TIRE CO., Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by one De Lagotellerie

against the Automobile Tire Company. G. L. Lewis, of New York City, for appellant. W. P. McKown, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DENNIN, Appellant, v. FINUCANE et al., Respondents.' (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Hannah C. Dennin against Thomas W. Finucane and others.

PER CURIAM. Order modified, by striking out the paragraph of the order numbered "sixth," and by striking out the words "and the means through which," from the paragraph of the order numbered "ninth," and all of the following paragraph, which provides that for failure to serve bill of particulars plaintiff shall be precluded from giving evidence, etc., and, as so modified, the order is affirmed, without costs of this appeal to either party.

DENNIN, Respondent, v. WOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Hannah C. Dennin against Hiram R. Wood and others, as executors, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the personal representatives of the several deceased joint tort-feasors may not be joined as parties defendants in one action. Rehearing denied, leave to appeal to Court of Appeals granted, and question certified, 147 N. Y. Supp. 1107.

ROBSON, J., dissents.

DENNIN, Respondent, v. WOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Hannah C. Dennin against Hiram R. Wood and others, as executors, etc. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and question for review certified. For former decision, see 147 N. Y. Supp. 1107.

DESSAR, Respondent, v. HIRSCH et al., Appellants. (No. 5881.) (Supreme Court, Appellate Division, First Department. May 29, 1914.) Appeal from Appellate Term, First Department. Action by Leo C. Dessar, as executor, against Charles S. Hirsch and others, as executors. An order of the City Court denying plaintiff's motion to set aside a verdict for defendant and for a new trial was reversed by the Appellate Term (145 N. Y. Supp. 51), and judgment ordered in favor of plaintiff, and defendants appeal. Reversed, and order of City Court affirmed. See, also, 146 N. Y. Supp. 1089. 'Sidney Bernheim, of New York City, for appellants. Emanuel J. Myers, of New York City, for respondent.

PER CURIAM. We think there was a question of fact as to whether the person writing the letter was an agent of the decedent and authorized to make a lease of the property for her, which was fairly submitted to the jury, and its verdict should not be disturbed. It follows that the determination of the Appellate Term, reversing the order denying a motion for a new trial and dismissing the complaint, should be reversed, with costs in this court and in the Appellate Term, and the order of the City Court affirmed.

DE RAISMES v. UNITED STATES LITHOGRAPH CO. et al. (2 cases). (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Francis J. J. De Raismes against the United States Lithograph Company and others. No opinion. Motions granted, questions certified, and orders filed. See, also, 146 N. Y. Supp. 813.

In re DEVOY, County Clerk. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) In the matter of the application of Charles S. Devoy, County Clerk of Kings County, for an order authorizing the destruction of books and papers. No opinion. Motion granted in part. Settle order on notice before Mr. Justice Rich.

DICK et al. v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) In the matter of the application of Evans R. Dick and others, copartners doing business as Dick Bros. & Co., for a peremptory writ of mandamus against William Sohmer, as Comptroller of the State of New York. No opinion. Motion granted. See, also, 81 Misc. Rep. 522, 143 N. Y. Supp. 475; 145 N. Y. Supp. 1120.

In re DICK'S WILL. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) In the matter of the application for the probate of the last will and testament of Louisa O. Dick, deceased. No opinion. Decree of the Surrogate's Court of Queens County affirmed, with costs of appeal payable out of the estate.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Paul Dickey against Christopher A. Gortner.

PER CURIAM. Motion denied, without costs. See, also, 146 N. Y. Supp. 1089; 147 N. Y. Supp. 1107.

CARR, J., takes no part.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Paul Dickey against Christopher A. Gortner.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied. We decided a similar application adversely to the appellant on November 7, 1913. The appellant, appealing from a final judgment in equity, does not require leave. He could appeal as a matter of right, if he took his appeal seasonably. If he did not, we cannot extend his time to appeal indirectly by granting leave. See, also, 147 N. Y. Supp. 1107.

CARR, J., takes no part.

DIDIER, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Joseph